UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| IN RE: DARVOCET, DARVON AND ) <br> PROPOXYPHENE PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> *Smith, et al., v. Mylan Pharm., Inc., et al.*, ) <br> ) <br> ) <br> ) <br> ) | Master File No. 2: 11-md-2226-DCR <br> MDL Docket No. 2226 <br><br> Civil Action No. 2: 11-183-DCR <br><br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Court's Memorandum Opinion and Order Regarding Generic Defendants' Motions to Dismiss [MDL Record No. 1305], Order Granting Defendant Xanodyne Pharmaceuticals, Inc.'s Motion to Dismiss and Motion for Judgment on the Pleadings in 14 Cases [MDL Record No. 1791], and Memorandum Opinion and Order Granting Defendant Eli Lilly and Company's Third Master Motion for Judgment on the Pleadings in Twelve Cases [MDL Record No. 2184], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Mylan Pharmaceuticals, Inc.; Teva Biopharmaceuticals USA, Inc.; Propst Distribution, Inc. d/b/a Qualitest Pharmaceuticals, Inc.; Vintage Pharmaceuticals, LLC d/b/a Qualitest Pharmaceuticals, Inc.; Eli Lilly and Company; and Xanodyne Pharmaceuticals, Inc. with respect to all claims asserted herein.

    (2)    This action is **DISMISSED** and **STRICKEN** from the Court's docket.

    (3)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5th day of September, 2012.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge